Kirk J. Wolden. SBN 138902
Carter Wolden Curtis, LLP
1111 Exposition Blvd, Suite 602
Sacramento, CA 95815
Telephone:     (916) 567-1111
Facsimile:     (916) 567-1112
Email:         kirk@cwclawfirm.com

Eamon P. Kelly (*pro hac vice* admission to be sought)
ekelly@sperling-law.com
Nathan A. Shev (*pro hac vice* admission to be sought)
nshev@sperling-law.com
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone:     (312) 641-3200
Facsimile:     (312) 641-6492

Mark D. DeBofsky (*pro hac vice* admission to be sought)
DeBofsky & Associates, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
Telephone:     (312) 561-4040
Facsimile:     (312) 929-0309
Email:         mdebofsky@debofsky.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIATION WEST CHARTERS, LLC d/b/a ANGEL MEDFLIGHT and GERALD SCHUMACHER, as guardian for FRANK SCHUMACHER,<br><br>Plaintiffs,<br><br>*v.*<br><br>GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. d/b/a CAREFIRST BLUECROSS BLUE SHIELD OF VIRGINIA,<br><br>Defendants. | Case No. 16-cv-00512-YGR<br><br>**ORDER GRANTING AGREED MOTION FOR CHANGE OF VENUE** |

1

1 | Upon consideration of the Agreed Motion Under 28 U.S.C. § 1404(a) for Change of Venue, filed on March 21, 2016, by counsel for the plaintiffs,

IT IS ORDERED that the motion is GRANTED. This case shall be transferred to the District Court for the District of Columbia.

Dated: March 24, 2016

_____
JUDGE YVONNE GONZALEZ ROGERS